UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00142

**United States of America**

v.

**Jose Pinal**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on December 16, 2024, and issued a report and recommendation (Doc. 71) recommending that defendant's term of supervised release should be revoked. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 70.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 6 months imprisonment with no supervised release to follow. The court recommends that defendant serve his sentence at FCI Seagoville, Texas.

*So ordered by the court on December 23, 2024.*

J. CAMPBELL BARKER
United States District Judge